**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM D. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>DR. LAUREL R. HARRY, *et al.*,<br><br>Defendants. | No. 4:26-CV-01495<br><br>(Chief Judge Brann) |

# <u>ORDER</u>

**AND NOW**, this 30th day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 Fourteenth Amendment claims of deprivation of property without due process of law are **DISMISSED** with prejudice as to all Defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's Section 1983 Eighth Amendment claims of deliberate indifference to serious medical needs are **DISMISSED** without prejudice as to all Defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Within **<u>21 days</u>** from the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

4. If no amended complaint is timely filed, any dismissal without prejudice will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

BY THE COURT:

*<u>s/ Matthew W. Brann</u>*
Matthew W. Brann
Chief United States District Judge