**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WILLIAM D. TURNER,

Plaintiff,

v.

DR. LAUREL R. HARRY, *et al.*,

Defendants.

No. 4:26-CV-01495

(Chief Judge Brann)

**ORDER**

**AND NOW**, this 18th day of November 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge